131 A.3d 388

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner,

v.

Arthur John WHITTLE, Esquire, Respondent.

Misc. Docket AG No. 50, Sept. Term, 2015.

Court of Appeals of Maryland.

Feb. 8, 2016.

## ORDER

This matter having come before the Court upon the filing of a Joint Petition for Reprimand by Consent, and the Court having considered same,

NOW, THEREFORE, it is this 8th day of February, 2016,

ORDERED, by the Court of Appeals of Maryland, that Arthur John Whittle, Respondent, is hereby reprimanded for engaging in professional misconduct that violated Rules 1.4(a)(2) and 8.1(b) of the Maryland Lawyers' Rules of Professional Conduct.